1  NEGER HEKMAT ALAMI
2  SHAHROKH ALAMI
   536 MATTERHORN DR
3  WALNUT CREEK, CALFORNIA 94598



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGER HEKMAT ALAMI | CASE: CV 08 0893 |
| SHAHROKH ALAMI | AFFIDAVIT OF SHAHROKH ALAMI |
| PLAINTIFFS | |
| VS. | E-filing |
| SUPERIOR COURT OF CALIFORNIA, | |
| COUNTY OF CONTRA, SAXON | |
| MORTGAGE, QUALITY LOAN | |
| SERVICE CORP, | |
| DEFENDANTS | |



I, Shahrokh Alami hereby declare:

I am the Plaintiff in the instant matter

The information contained in my complaint and the attached documents are true.

That is called to testify, I could truthfully testify to the veracity of the information contained herein.

1

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Executed on  2/11  February 08 at Walnut Creek, California.

4

5

6

7

8  Dated: 2/11/08

9

10

11

12  [signature]

13  **SHAHROKH ALAMI**