925-525-7700

NEGER HEKMAT ALAMI
SHAHROKH ALAMI
536 MATTERHORN DR
WALNUT CREEK, CALIFORNIA 94598



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGER HEKMAT ALAMI<br><br>SHAHROKH ALAMI<br><br>PLAINTIFFS<br><br>VS.<br><br>SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF CONTRA, SAXON<br>MORTGAGE, QUALITY LOAN<br>SERVICE CORP,<br><br>DEFENDANTS | CV 08 0893<br><br>ORDER TO SHOW CAUSE<br>FOR PRELIMINARY INJUNCTION VRW<br>AND TEMPORARY RESTRAINING<br>ORDER |

Upon the affidavits of, sworn to by **SHAHROKH ALAMI on**

the ___ day of February 2008, and upon the copy of the complaint hereto

annexed, it is ORDERED, that the Superior Court of California, in and for

the County of Contra Costa, show cause before a motion term of this Court,

at Room_____, United States Courthouse at 450 Golden Gate, San

Francisco, California, 94102, on_____ at _____, or as soon

thereafter as counsel may be heard, why an order should not be issued

1

1 | pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the
2 | defendant during the pendency of this action from Conducting any and
3 |
4 | further legal proceedings in the Matter of GUO LAING YANG v. NEGER
5 | HEKMAT ALAWI and **SHAHROKH ALAMI**, case # WS 08-0017.
6 |
7 |
8 | It is ORDERED that, sufficient reason having been shown therefore,
9 | pending the hearing of plaintiff's application for a preliminary injunction,
10 |
11 | pursuant to Rule 65, Fed. R. Civ. P., the defendant SUPERIOR COURT OF
12 | CALIFORNIA, in and for the County of Contra Costa is temporarily
13 |
14 | restrained and enjoined from conducting an Unlawful Detainer Trial in the
15 | Matter of GUO LAING YANG v. NEGER HEKMAT ALAMI and
16 | SHAHROKH ALAMI, re case # WS 08-0017
17 |
18 |
19 | Dated:_____

United States District Judge