FILED

2008 FEB 11 PM 5:04

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Neger Hekmat Alami and Shahrokh Alami,

        Plaintiffs,

        v

Superior Court of California, County of Contra Costa; Saxon Mortgage; Quality Loan Service Corp,

        Defendants.

No   C-08-0893 VRW

ORDER

        On February 11, 2008, Neger Hekmat Alami and Shahrokh Alami filed a complaint and an ex parte motion for a temporary restraining order and preliminary injunction to halt foreclosure proceedings in the Superior Court of California, County of Contra Costa. Because granting the Alamis' motion would require the court to stay proceedings of the state court in violation of 28 USC § 2283, the motion for temporary restraining order and preliminary injunction is DENIED.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA
```

Alami, et al,                                    C08-0893 VRW

    Plaintiff(s),                    **CERTIFICATE OF SERVICE**

       V.

Superior Court of California,
County of Contra Costa, et al,

    Defendants.

_____/

I, the undersigned, hereby certify that I am an employee in the
Office of the Clerk,
U.S. District Court, Northern District of California.

That on February 11, 2008 I SERVED a true and correct copy(ies)
of the attached, by placing said copy(ies) in a postage paid
envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said
copy(ies) into an inter-office delivery receptacle located in the
Clerk's office.

Neger Hekmat Alami
Shahrokh Alami
536 Matterhorn Dr
Walnut Creek, CA 94598


Dated: February 11, 2008

                                  Richard W. Wieking, Clerk
                                  By: Cora Klein, Deputy Clerk

                                  *Cora Klein* (signature)