IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGER HEKMAT ALAMI and SHAHROKH ALAMI,<br><br>      Plaintiffs,<br><br>      v<br><br>SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY; SAXON MORTGAGE; QUALITY LOAN SERVICE CORP,<br><br>      Defendants.<br>                                 / | No   C 08-0893 VRW<br><br>ORDER TO SHOW CAUSE |

      Plaintiffs failed to appear at the May 22, 2008 case management conference in this matter. Accordingly, plaintiffs are ORDERED TO SHOW CAUSE in writing by June 5, 2008 why this case should not be dismissed for failure to prosecute.

      IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge