UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  May 22, 2008

**C 08-0893  VRW Neger H Alami and Shahrokh Alami   v  Superior Court of CA, Contra Costa County**

Attorneys : For Plaintiff(s):   No appearances

　　　　　For Defendant(s):

Deputy Clerk: Cora Klein　　　　　　　　　　Reporter:  Margo Gurule

PROCEEDINGS:

1.  Case Management Conference held. Plaintiffs failed to appear.

2.  The court directed the clerk to issue an order to show cause why the action should not be dismissed for failure to prosecute.

Order to be prepared by:     Plntf_____    Deft_____    Court_x_