UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NEGER HEKMAT ALAMI et al,

        Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.

Case Number: C08-0893 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neger Hekmat Alami
536 Matterhorn Dr.
Walnut Creek, CA 94598

Shahrokh Alami
536 Matterhorn Dr.
Walnut Creek, CA 94598

Dated: May 23, 2008

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk