IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGER HEKMAT ALAMI and SHAHROKH ALAMI,<br><br>          Plaintiffs,<br><br>     v<br><br>SUPERIOR COURT OF CALIFORNIA, CONTRA COSTA COUNTY; SAXON MORTGAGE; QUALITY LOAN SERVICE CORP,<br><br>          Defendants.<br>_____/ | No   C 08-0893 VRW<br><br>     ORDER |

     No response having been received to the order to show cause dated May 22, 2008, this case is DISMISSED for lack of prosecution.  The clerk is directed to close the file and terminate all pending motions.

     IT IS SO ORDERED.

 

VAUGHN R WALKER
United States District Chief Judge