1 | BARRY J. PORTMAN
Federal Public Defender
2 | SHAWN HALBERT
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

Counsel for Defendant MARVIN IZAGUIRRE-FLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 08-00893 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | ) | |
| MARVIN IZAGUIRRE-FLORES | ) | |
| Defendant. | ) | |

## STIPULATION

The parties are scheduled to appear before this Court for sentencing on December 11, 2009 at 1:00 p.m., but both counsel have previously-scheduled commitments that make them unavailable for this special setting. The parties respectfully request that the matter be placed on the Court's regular criminal calendar on Tuesday, December 15, 2009 at 2:00 p.m. The parties anticipate that because this is an uncontested fast-track sentencing on an illegal reentry case, the sentencing hearing should be very short. Undersigned defense counsel is unavailable from December 16 through December 29, 2009, and undersigned government counsel will be in trial beginning January 11, 2010. Thus, if the Court is not able to accommodate the parties on its December 15, 2009 calendar, the parties respectfully request that the matter be continued to January 5, 2010 at

/ / /

/ / /

STIP. & [PROPOSED] ORDER CONT. SENT. DATE
CR No. 08-00893 WHA                                                                                              1

1  2:00 p.m.

2  SO STIPULATED:

3                                   JOSEPH P. RUSSONIELLO
                                 United States Attorney

5

6  DATED: December 8, 2009                    /s/
                                 NAT COUSINS
                                 Assistant United States Attorney

8

9  DATED: December 8, 2009                    /s/
                                 SHAWN HALBERT
                                 Assistant Federal Public Defender

ORDER

For the reasons stated above, the Court continues the sentencing date in this matter from December 11, 2009 to December 15, 2009 at 2:00 p.m. [or: to January 5, 2009 at 2:00 p.m.].

SO ORDERED.

DATED: December 9, 2009.                   
                                 THE HONORABLE WILLIAM H. ALSUP
                                 United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA with stamp "IT IS SO ORDERED" signed Judge William Alsup]*